

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2018

No. 04-17-00104-CR

Dustin Lee **OSBORNE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9229B
Honorable Jefferson Moore, Judge Presiding

## O R D E R

The State's brief was originally due to be filed on December 28, 2017. The State's first motion for extension of time was granted, extending the deadline for filing the brief to January 28, 2018. On February 1, 2018, the State filed a motion requesting an additional extension of time to file the brief until February 28, 2018, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**. The State's brief must be filed by February 28, 2018

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court